# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 23-11854

CITY OF MIAMI,
Defendant/Appellant,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

Plaintiffs/Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-24066-KMM

---

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure as well as Eleventh Circuit Rule 26.1-2, the undersigned counsel of record hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries,

conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees
2. Bardos, Andy, Counsel for Defendant/Appellant
3. Carollo, Joe, Defendant/Appellant
4. City of Miami, Defendant/Appellant
5. Cody, Steven, Defendant/Appellant's expert
6. Contreras, Alexander, Plaintiff/Appellee
7. Cooper, Clarice, Plaintiff/Appellee
8. Covo, Sabina, Defendant/Appellant
9. De Grandy, Miguel, Defendant/Appellant's expert
10. Dechert LLP, Counsel for Plaintiffs/Appellees
11. Diaz de la Portilla, Alex, Defendant/Appellant
12. Engage Miami, Inc., Plaintiff/Appellee
13. GrayRobinson, P.A., Counsel for Defendant/Appellant
14. Grace, Inc., Plaintiff/Appellee
15. Greco, John A, Counsel for Defendant/Appellant
16. Johnson, Christopher N., Counsel for Defendant/Appellant
17. Johnson, Jared, Plaintiff/Appellee
18. Jones, Kevin R., Counsel for Defendant/Appellant
19. King, Christine, Defendant/Appellant

No. 23-11854
*City of Miami v. Grace, Inc. et al.*

20. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

21. Levesque, George T., Counsel for Defendant/Appellant

22. McNamara, Caroline A., Counsel for Plaintiff/Appellee

23. McNulty, Kerri L., Counsel for Defendant/Appellant

24. Méndez, Victoria, Counsel for Defendant/Appellant

25. Merken, Christopher J., Counsel for Plaintiff/Appellee

26. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

27. Moore, K. Michael, United States District Judge, Southern District of Florida

28. Quintana, Marlene, Counsel for Defendant/Appellant

29. Reyes, Manolo, Defendant/Appellant

30. South Dade Branch of the NAACP, Plaintiff/Appellee

31. Steiner, Neil A., Counsel for Plaintiff/Appellee

32. Suarez, Francis, Defendant/Appellant

33. Tilley, Daniel T., Counsel for Plaintiff/Appellee

34. Unger, Jason L., Counsel for Defendant/Appellant

35. Valdes, Yanelis, Plaintiff/Appellee

36. Warren, Nicholas L. V., Counsel for Plaintiff/Appellee

37. Wysong, George, Counsel for Defendant/Appellant

No. 23-11854
*City of Miami v. Grace, Inc. et al.*

## **CORPORATE DISCLOSURE STATEMENT**

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellant, City of Miami, or its counsel, has any current interest in the outcome of this matter.

Respectfully submitted on this 21st day of June, 2023,

By: */s/ George T. Levesque*
GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
George T. Levesque
Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile:  (850) 577-3311

GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com

No. 23-11854
*City of Miami v. Grace, Inc. et al.*

Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801
*Attorneys for Defendant/Appellant*

No. 23-11854
*City of Miami v. Grace, Inc. et al.*

## CERTIFICATE OF COMPLIANCE

I certify that this Notice has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Bookman Old font.

/s/ *George T. Levesque*
George T. Levesque
Florida Bar No. 555541
GRAYROBINSON, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2023, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

/s/ *George T. Levesque*
George T. Levesque
Florida Bar No. 555541
GRAYROBINSON, P.A.