No. 23-11854

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

GRACE, INC., ET AL.,

*Plaintiffs-Appellees,*

v.

CITY OF MIAMI,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida, No. 1:22-cv-24066 (Moore, J.)

**PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley
Caroline A. McNamara
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Neil A. Steiner
Christopher J. Merken
**DECHERT LLP**
Cira Centre, 2929 Arch Street,
Philadelphia, PA 19104
(215) 994-4000
neil.steiner@dechert.com
christopher.merken@dechert.com

*Attorneys for Plaintiffs-Appellees*

1

# CERTIFICATE OF INTERESTED PERSONS

Under Federal Rule of Appellate Procedure 26.1 and this Court's Local Rule 26.1, Plaintiffs-Appellees certify that the following have an interest in the outcome of this appeal:

1. Abott, Carolyn, *Testifying Expert for Plaintiffs-Appellees*

2. ACLU Foundation of Florida, Inc., *Counsel for Plaintiffs-Appellees*

3. Bardos, Andy, *Counsel for Defendant-Appellant*

4. Carollo, Joe, *Defendant-Appellant*

5. City of Miami, *Defendant-Appellant*

6. Cody, Steven, *Defendant-Appellant's expert*

7. Contreras, Alexandra, *Plaintiff-Appellee*

8. Cooper, Clarice, *Plaintiff-Appellee*

9. Covo, Sabina, *Defendant-Appellant*

10. De Grandy, Miguel, *Testifying Expert for Defendant-Appellant*

11. Dechert LLP, *Counsel for Plaintiffs-Appellees*

12. Díaz de la Portilla, Alex, *Defendant-Appellant*

13. Engage Miami, Inc., *Plaintiff-Appellee*

14. GrayRobinson, P.A., *Counsel for Defendant-Appellant*

15. Grove Rights and Community Equity, Inc. (GRACE), *Plaintiff-Appellee*

16. Greco, John A., *Counsel for Defendant-Appellant*

17. Johnson, Christopher N., *Counsel for Defendant-Appellant*

18. Johnson, Jared, *Plaintiff-Appellee*

19. Jones, Kevin R., *Counsel for Defendant-Appellant*

20. King, Christine, *Defendant-Appellant*

21. Kirsch, Jocelyn, *Counsel for Plaintiffs-Appellees*

22. Levesque, George T., *Counsel for Defendant-Appellant*

23. McNamara, Caroline A., *Counsel for Plaintiffs-Appellees*

24. McNulty, Kerri L., *Counsel for Defendant-Appellant*

25. Méndez, Victoria, *Counsel for Defendant-Appellant*

26. Merken, Christopher J., *Counsel for Plaintiffs-Appellees*

27. Miami-Dade Branch of the NAACP, *Plaintiff-Appellee*

28. Moore, K. Michael, *United States District Judge, Southern District of Florida*

29. Moy, Bryant J., *Testifying Expert for Plaintiffs-Appellees*

30. NAACP Florida State Conference, *State Affiliate of Plaintiffs-Appellees*

31. Quintana, Marlene, *Counsel for Defendant-Appellant*

32. Reyes, Manolo, *Defendant-Appellant*

33. National Association for the Advancement of Colored People (NAACP), *National Affiliate of Plaintiffs-Appellees*

34. South Dade Branch of the NAACP, *Plaintiff-Appellee*

35. Steiner, Neil A., *Counsel for Plaintiffs-Appellees*

3

36. Suarez, Francis X., *Defendant-Appellant*

37. Tilley, Daniel T., *Counsel for Plaintiffs-Appellees*

38. Unger, Jason L., *Counsel for Defendant-Appellant*

39. Valdes, Yanelis, *Plaintiff-Appellee*

40. Warren, Nicholas L.V., *Counsel for Plaintiffs-Appellees*

41. Wysong, George, *Counsel for Defendant-Appellant*

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellees certify that the GRACE, Inc.; Engage Miami, Inc.; South Dade Branch of the NAACP; and Miami-Dade Branch of the NAACP each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock. The remaining Plaintiffs-Appellees are individual persons.

Under this Court's Local Rule 26.1-1, Counsel for the Plaintiffs-Appellees further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Under this Court's Local Rule 26.1-2(c), Plaintiffs-Appellees certify that the CIP contained herein is complete.

Dated: June 29, 2023	/s/ Caroline A. McNamara

Caroline A. McNamara
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
cmcnamara@aclufl.org