No. 23-11854-D

# In the United States Court of Appeals for the Eleventh Circuit

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; AND ALEXANDER
CONTRERAS,

                              *Plaintiffs/Appellees*,

v.

CITY OF MIAMI,

                              *Defendant/Appellant*.

## APPELLANT'S MOTION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME

| | |
|---|---|
| Christopher N. Johnson (FBN 69329) | George T. Levesque (FBN 55555) |
| GRAYROBINSON, P.A. | GRAYROBINSON, P.A. |
| 333 S.E. 2nd Avenue, Suite 3200 | 301 South Bronough Street, Suite 600 |
| Miami, Florida 33131 | Tallahassee, Florida 32301 |
| george.levesque@gray-robinson.com | george.levesque@gray-robinson.com |

*Attorneys for Defendant/Appellant*

*GRACE, Inc., et al. v. City of Miami*
No. 23-11854-D

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant, the City of Miami, furnishes this certificate of interested persons and corporate disclosure statement.

1. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

2. Bardos, Andy, Counsel for Defendant/Appellant

3. Carollo, Joe, Defendant/Appellant

4. City of Miami, Defendant/Appellant

5. Cody, Steven, Defendant/Appellant's expert

6. Contreras, Alexander, Plaintiff/Appellee

7. Cooper, Clarice, Plaintiff/Appellee

8. Covo, Sabina, Defendant/Appellant

9. De Grandy, Miguel, Defendant/Appellant's expert

10. Dechert LLP, Counsel for Plaintiffs/Appellees

11. Diaz de la Portilla, Alex, Defendant/Appellant

12. Engage Miami, Inc., Plaintiff/Appellee

13. GrayRobinson, P.A., Counsel for Defendant/Appellant

14. Grace, Inc., Plaintiff/Appellee

15. Greco, John A, Counsel for Defendant/Appellant

16. Johnson, Christopher N., Counsel for Defendant/Appellant

17.  Johnson, Jared, Plaintiff/Appellee

18.  Jones, Kevin R., Counsel for Defendant/Appellant

19.  King, Christine, Defendant/Appellant

20.  Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

21.  Levesque, George T., Counsel for Defendant/Appellant

22.  McNamara, Caroline A., Counsel for Plaintiff/Appellee

23.  McNulty, Kerri L., Counsel for Defendant/Appellant

24.  Méndez, Victoria, Counsel for Defendant/Appellant

25.  Merken, Christopher J., Counsel for Plaintiff/Appellee

26.  Miami-Dade Branch of the NAACP, Plaintiff/Appellee

27.  Moore, K. Michael, United States District Judge, Southern District of Florida

28.  Quintana, Marlene, Counsel for Defendant/Appellant

29.  Reyes, Manolo, Defendant/Appellant

30.  South Dade Branch of the NAACP, Plaintiff/Appellee

31.  Steiner, Neil A., Counsel for Plaintiff/Appellee

32.  Suarez, Francis, Defendant/Appellant

33.  Tilley, Daniel T., Counsel for Plaintiff/Appellee

34.  Unger, Jason L., Counsel for Defendant/Appellant

35.  Valdes, Yanelis, Plaintiff/Appellee

*GRACE, Inc., et al. v. City of Miami*
No. 23-11854-D

36. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

37. Wysong, George, Counsel for Defendant/Appellant

Appellant, the City of Miami, certifies that, to the best of its knowledge, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## **MOTION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME**

Appellant, the City of Miami, respectfully moves this Court for leave to file the attached Civil Appeal Statement and Transcript Order Form out of time. The delay, which resulted from inadvertence of counsel, has caused no prejudice to any party.

Appellees oppose the relief requested in this motion and intend to file a response.

Respectfully submitted,

| | |
|---|---|
| | /s/ *George T. Levesque* |
| Christopher N. Johnson (FBN 69329) | George T. Levesque (FBN 55555) |
| GRAYROBINSON, P.A. | GRAYROBINSON, P.A. |
| 333 S.E. 2nd Avenue, Suite 3200 | 301 South Bronough Street, Suite 600 |
| Miami, Florida 33131 | Tallahassee, Florida 32301 |
| george.levesque@gray-robinson.com | george.levesque@gray-robinson.com |

*Attorneys for Defendant-Appellant*

1

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), this document contains 63 words.

This document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font and therefore complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6).

/s/ *George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.
