No. 23-11854-D

# In the United States Court of Appeals for the Eleventh Circuit

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; ALEXANDRA
CONTRERAS; AND STEVEN MIRO,

                                *Plaintiffs/Appellees*,

v.

CITY OF MIAMI,

                                *Defendant/Appellant.*

**CITY OF MIAMI'S MOTION TO DISMISS APPEAL**

| | |
|---|---|
| Christopher N. Johnson (FBN 69329) | George T. Levesque (FBN 55555) |
| GRAYROBINSON, P.A. | GRAYROBINSON, P.A. |
| 333 S.E. 2nd Avenue, Suite 3200 | 301 South Bronough Street, Suite 600 |
| Miami, Florida 33131 | Tallahassee, Florida 32301 |
| Telephone: 305-416-6880 | Telephone: 850-577-9090 |
| christopher.johnson@gray-robinson.com | george.levesque@gray-robinson.com |

*Attorneys for Defendant-Appellant*

*GRACE, Inc., et al. v. City of Miami*
No. 23-11854-D

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant, the City of Miami, furnishes this certificate of interested persons and corporate disclosure statement.

1. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

2. Bardos, Andy, Counsel for Defendant/Appellant

3. Carollo, Joe, Defendant/Appellant

4. City of Miami, Defendant/Appellant

5. Cody, Steven, Defendant/Appellant's expert

6. Contreras, Alexandra, Plaintiff/Appellee

7. Cooper, Clarice, Plaintiff/Appellee

8. Covo, Sabina, Defendant/Appellant

9. De Grandy, Miguel, Defendant/Appellant's expert

10. Dechert LLP, Counsel for Plaintiffs/Appellees

11. Diaz de la Portilla, Alex, Defendant/Appellant

12. Engage Miami, Inc., Plaintiff/Appellee

13. GrayRobinson, P.A., Counsel for Defendant/Appellant

14. Grace, Inc., Plaintiff/Appellee

15. Greco, John A, Counsel for Defendant/Appellant

16. Johnson, Christopher N., Counsel for Defendant/Appellant

17. Johnson, Jared, Plaintiff/Appellee

18. Jones, Kevin R., Counsel for Defendant/Appellant

19. King, Christine, Defendant/Appellant

20. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

21. Levesque, George T., Counsel for Defendant/Appellant

22. McNamara, Caroline A., Counsel for Plaintiff/Appellee

23. McNulty, Kerri L., Counsel for Defendant/Appellant

24. Méndez, Victoria, Counsel for Defendant/Appellant

25. Merken, Christopher J., Counsel for Plaintiff/Appellee

26. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

27. Miro, Steven, Plaintiff/Appellee

28. Moore, K. Michael, United States District Judge, Southern District of Florida

29. Quintana, Marlene, Counsel for Defendant/Appellant

30. Reyes, Manolo, Defendant/Appellant

31. South Dade Branch of the NAACP, Plaintiff/Appellee

32. Steiner, Neil A., Counsel for Plaintiff/Appellee

33. Suarez, Francis, Defendant/Appellant

34. Tilley, Daniel T., Counsel for Plaintiff/Appellee

35. Unger, Jason L., Counsel for Defendant/Appellant

*GRACE, Inc., et al. v. City of Miami*
No. 23-11854-D

36. Valdes, Yanelis, Plaintiff/Appellee

37. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

38. Wysong, George, Counsel for Defendant/Appellant

The City of Miami certifies that, to the best of its knowledge, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellant, the City of Miami, respectfully moves to dismiss this appeal.

In this interlocutory appeal, the City of Miami sought review of a preliminary injunction prohibiting enforcement of the City's redistricting plan for city-commission districts. On June 14, 2023, while this appeal was pending, the Miami City Commission enacted a new redistricting plan that replaces the redistricting plan enjoined by the district court. Accordingly, the City no longer seeks appellate review of the district court's preliminary-injunction order. This appeal, moreover, remains in its earliest stages, as no briefs have been filed.

Appellees do not oppose dismissal of this appeal and do not oppose each side bearing its own costs. Appellees oppose resolution of the question of attorney's fees and plan to timely file a motion to transfer consideration of attorney's fees to the district court pursuant to Eleventh Circuit Rule 39-2(d). The City will oppose the motion to transfer.

**WHEREFORE**, Appellant, the City of Miami, respectfully moves to dismiss this appeal.

Respectfully submitted,

Christopher N. Johnson (FBN 69329)
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880
christopher.johnson@gray-robinson.com

/s/ *George T. Levesque*
George T. Levesque (FBN 55555)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
george.levesque@gray-robinson.com

*Attorneys for Defendant-Appellant*

2

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), this document contains 173 words.

This document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font and therefore complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6).

/s/ *George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.