## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 10, 2023

Nicholas Warren
ACLU Foundation of Florida, Inc.
336 E COLLEGE AVE STE 203
TALLAHASSEE, FL 32301

Appeal Number: 23-11854-D
Case Style: GRACE, Inc., et al v. City of Miami
District Court Docket No: 1:22-cv-24066-KMM

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:     404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action